**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, | ) | Civil Action No. |
| Plaintiff, | ) | 1:19-cv-00529-MN |
| | ) | |
| v. | ) | |
| | ) | |
| SPX CORPORATION, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby dismisses this action, without prejudice, as to all defendants.

Dated: January 30, 2020

s/ Stacey A. Scrivani

Stacey A. Scrivani (DE Bar No. 6129)
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3306
Email: sasc@stevenslee.com

*Attorneys for Plaintiff*
*Mixing & Mass Transfer Technologies, LLC*

**CERTIFICATE OF SERVICE**

I, Stacey A. Scrivani, Esquire, certify that on this date, I served a true and correct copy of the foregoing Notice of Dismissal on defendants through their below counsel through the Court's ECF system and by electronic mail.

John W. Shaw
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Email: jshaw@shawkeller.com, cal@shawkeller.com

Kenneth J. Sheehan
**BAKER HOSTETLER LLP**
1050 Connecticut Avenue, N.W
Washington, DC 20036
Email: ksheehan@bakerlaw.com

William T. DeVinney
**BAKER HOSTETLER LLP**
1050 Connecticut Avenue, N.W
Washington, DC 20036
Email: wdevinney@bakerlaw.com

Dated: January 30, 2020

s/ Stacey A. Scrivani
Stacey A. Scrivani (DE Bar No. 6129)
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3306
Email: sasc@stevenslee.com

*Attorneys for Plaintiff*
*Mixing & Mass Transfer Technologies, LLC*