

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

March 12, 2020

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Mixing & Mass Transfer Technologies, LLC v. SPX Corporation, et al.*,
      C.A. No. 19-529-MN

Dear Judge Noreika:

Pursuant to Local Rule 7.1.4, Defendants SPX Corporation, SPX Flow, Inc., and SPX Flow US, LLC respectfully request oral argument on their Motion for Attorney Fees (D.I. 32).

The parties completed the briefing on March 5, 2020, and the briefing papers are located at Docket Items 33, 35 and 36.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc:   Clerk of the Court (by hand delivery)
      All counsel of record (by CM/ECF & e-mail)