THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, <br>                Plaintiff, <br><br> v. <br><br> SPX CORPORATION, et al., <br>                Defendants. | Civil Action No. <br> 1:19-cv-00529-MN |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Plaintiff Mixing & Mass Transfer Technologies, LLC ("Plaintiff") respectfully requests the Court for leave to file a Sur-Reply Brief in Opposition to Defendant's Motion for Attorneys' Fees, in the form attached hereto as Exhibit A, to address several cases that Defendants cited for the first time in their Reply Brief, which cases could and should have been included in a full and fair opening brief, and to correct Defendants' misstatement of the holdings, legal effect and applicability of Defendants' cases, including the Supreme Court decision in *CRST Van Expedited, Inc. v. EEOC*, 136 S. Ct. 1642 (2016), on the controlling legal authority cited in Plaintiff's Answering Brief to Defendants' pending motion.  *See* D. Del. LR 7.1.3(c)(2).

Pursuant to D. Del. LR 7.1.1, Plaintiff's counsel avers that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion.

Now, therefore, Plaintiff requests the Court to grant this motion and enter the order attached hereto directing the Clerk to enter of the docket of this action Plaintiffs' attached Sur-Reply Brief.

1

SL1 1631723v1 066249.00009

Respectfully submitted,

Dated: March 12, 2020        *s/ Stacey A. Scrivani*
                                       Stacey A. Scrivani (DE Bar No. 6129)
                                       STEVENS & LEE, P.C.
                                       919 North Market Street, Suite 1300
                                       Wilmington, DE 19801
                                       (302) 425-3306
                                       Email: sasc@stevenslee.com

| | |
|---|---|
| John W. Goldschmidt, Jr. (PA Bar No. 55298) | Jeffrey D. Bukowski (PA Bar No. 76102) |
| Admitted Pro Hac Vice | Admitted Pro Hac Vice |
| KENT FRANCHISE LAW GROUP LLP | STEVENS & LEE, P.C. |
| 620 Freedom Business Center, Suite 105 | 111 N. Sixth Street |
| King of Prussia, Pennsylvania 19406 | Reading, Pennsylvania 19603-0679 |
| (484) 965-9679 | (610) 478-2215 |
| Email: JWG@kentfranchiselaw.com | Email: jdb@stevenslee.com |

SL1 1631723v1 066249.00009

## CERTIFICATE OF SERVICE

      I, Stacey A. Scrivani, Esquire, certify that on this date, I served a true and correct copy of Plaintiff's Motion for Leave to File Sur-Reply Brief in Opposition to Defendants' Motion for Attorneys' Fees on Defendants through their below counsel through the Court's ECF system and by electronic mail.

| | |
|---|---|
| John W. Shaw<br>**SHAW KELLER LLP**<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Email: jshaw@shawkeller.com,<br>cal@shawkeller.com | Kenneth J. Sheehan<br>**BAKER HOSTETLER LLP**<br>1050 Connecticut Avenue, N.W<br>Washington, DC 20036<br>Email: ksheehan@bakerlaw.com |
| William T. DeVinney<br>**BAKER HOSTETLER LLP**<br>1050 Connecticut Avenue, N.W<br>Washington, DC 20036<br>Email: wdevinney@bakerlaw.com | |

Dated: March 12, 2020

                              *s/ Stacey A. Scrivani*
                              Stacey A. Scrivani (DE Bar No. 6129)
                              STEVENS & LEE, P.C.
                              919 North Market Street, Suite 1300
                              Wilmington, DE 19801
                              (302) 425-3306
                              Email: sasc@stevenslee.com

                              *Attorneys for Plaintiff*
                              *Mixing & Mass Transfer Technologies, LLC*