| | |
|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC,<br>            Plaintiff,<br><br>      v.<br><br>SPX CORPORATION, et al.,<br>            Defendants. | )<br>)<br>)   Civil Action No. 1:19-cv-00529-MN<br>)<br>)<br>)<br>)   Proposed Order<br>)<br>) |

## ORDER GRANTING LEAVE TO FILE SUR-REPLY BRIEF

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiff's Motion for Leave to File Sur-Reply Brief in Opposition to Defendants' Motion for Attorneys' Fees, Defendants' response thereto, if any, and other matters of record, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The Clerk is directed to enter on the docket of this action Plaintiff's Sur-Reply Brief attached to Plaintiff's Motion.

Date: _____                      _____
                                             United States District Judge Maryellen Noreika