IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-529-MN ) |
| SPX CORPORATION, SPX FLOW, INC., SPX FLOW US, LLC, and DOES I THROUGH X, | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF SUBSEQUENT AUTHORITY

On April 7, 2020, after briefing on Defendants' motion for attorneys' fees was complete, the United States Court of Appeals for the Federal Circuit issued its opinion in *Keith Manufacturing Co. v. Butterfield*, No. 2019-1136 (Fed. Cir. Apr. 7, 2020). Because the Federal Circuit's decision is relevant to Defendants SPX Corporation, SPX Flow, Inc., and SPX Flow US, LLC's motion for attorneys' fees, SPX is submitting the decision as Exhibit 1 as permitted by Local Rule 7.1.2(b). *Keith Manufacturing* supports the arguments made in Defendants' Opening Brief, (D.I. 32 at 4), and Reply Brief (D.I. 36 at 2-3).

|  |  |
|---|---|
| | */s/ John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Kenneth Sheehan | 1105 North Market Street, 12th Floor |
| Willian DeVinney | Wilmington, DE 19801 |
| BAKERHOSTELTER LLP | (302) 298-0700 |
| 1050 Connecticut Avenue, N.W. | jshaw@shawkeller.com |
| Suite 1100 | *Attorneys for Defendants SPX* |
| Washington, DC 20036 | *Corporation, SPX Flow, Inc., and* |
| (202) 861-1500 | *SPX Flow US, LLC* |

Dated: April 20, 2020