THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC,<br>      Plaintiff,<br><br>  v.<br><br>SPX CORPORATION, et al.,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>1:19-cv-00529-MN |

**PLAINTIFF'S NOTICE OF SUBSEQUENT AUTHORITY IN
OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Pursuant to D. Del. LR 7.1.2(b), plaintiff Mixing & Mass Transfer Technologies, LLC ("Plaintiff") respectfully submits for the Court's consideration in connection with Defendants' pending motion for attorneys' fees (D.I. 32) the subsequent authority attached as Exhibit A, *O.F. Mossberg & Sons, Inc. v. Timney Triggers, LLC*, No. 2019-1134, --- F.3d ----, 2020 WL 1845302 (Fed. Cir. April 13, 2020), a precedential decision by the United States Court of Appeals for the Federal Circuit issued on April 13, 2020, after briefing on Defendants' pending motion for attorneys' fees was concluded. The Federal Circuit's decision in *O.F. Mossberg & Sons* is binding legal authority directly on point that refutes the arguments in Defendants' Opening Brief (D.I. 33 & D.I. 34 at 4, 7-8) and Reply Brief (D.I. 36 at 2-7), and supports the arguments in Plaintiff's Answering Brief (D.I. 35 & D.I. 37 at 7-9), Plaintiff's Motion for Leave to File Sur-Reply Brief (D.I. 39 at 1), and (if permitted) Plaintiff's proposed Sur-Reply Brief (D.I. 39-1 at 1-8).

1

2

Respectfully submitted,

Dated: April 23, 2020    *s/ Stacey A. Scrivani*
　　　　　　　　　　　　　Stacey A. Scrivani (DE Bar No. 6129)
　　　　　　　　　　　　　STEVENS & LEE, P.C.
　　　　　　　　　　　　　919 North Market Street, Suite 1300
　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　(302) 425-3306
　　　　　　　　　　　　　Email: sasc@stevenslee.com

| | |
|---|---|
| John W. Goldschmidt, Jr. (PA Bar No. 55298) | Jeffrey D. Bukowski (PA Bar No. 76102) |
| Admitted Pro Hac Vice | Admitted Pro Hac Vice |
| KENT FRANCHISE LAW GROUP LLP | STEVENS & LEE, P.C. |
| 620 Freedom Business Center, Suite 105 | 111 N. Sixth Street |
| King of Prussia, Pennsylvania 19406 | Reading, Pennsylvania 19603-0679 |
| (484) 965-9679 | (610) 478-2215 |
| Email: JWG@kentfranchiselaw.com | Email: jdb@stevenslee.com |

2

## CERTIFICATE OF SERVICE

I, Stacey A. Scrivani, Esquire, certify that on this date, I served a true and correct copy of Plaintiff's Notice of Subsequent Authority in Opposition to Defendants' Motion for Attorneys' Fees on Defendants through their below counsel through the Court's ECF system and by electronic mail.

John W. Shaw
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Email: jshaw@shawkeller.com,
cal@shawkeller.com

William T. DeVinney
**BAKER HOSTETLER LLP**
1050 Connecticut Avenue, N.W
Washington, DC 20036
Email: wdevinney@bakerlaw.com

Kenneth J. Sheehan
**BAKER HOSTETLER LLP**
1050 Connecticut Avenue, N.W
Washington, DC 20036
Email: ksheehan@bakerlaw.com

Dated: April 23, 2020

    *s/ Stacey A. Scrivani*
Stacey A. Scrivani (DE Bar No. 6129)
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3306
Email: sasc@stevenslee.com

*Attorneys for Plaintiff*
*Mixing & Mass Transfer Technologies, LLC*