IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-529 (MN) ) |
| SPX CORPORATION, SPX FLOW, INC., SPX FLOW US, LLC, and DOES I THROUGH X, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington, this 4th day of November 2020, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Leave to File Sur-Rely Brief in Opposition to Defendants' Motion for Attorneys' Fees (D.I. 39) is GRANTED.

2. Defendants' Motion for Attorneys' Fees (D.I. 32) is DENIED.

The Honorable Maryellen Noreika
United States District Judge